UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VERINA FREEMAN and VALECEA DIGGS, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WILSHIRE COMMERCIAL CAPITAL L.L.C., a California limited liability company, dba WILSHIRE CONSUMER CREDIT,<br><br>    Defendant. | CIV. NO. 2:15-1428 WBS AC<br><br>ORDER |

----oo0oo----

This is a putative class action against defendant alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq. A similar action is presently pending in the Southern District of California. Banarji v. Wilshire Commercial Capital, LLC dba Wilshire Consumer Credit, Civ. No. 3:14-2967 BEN KSC (S.D. Cal. filed Dec. 17, 2014) ("Banarji"). On October 26, 2015, the parties agreed to stay all

1

proceedings in this action, with the exception of certain limited discovery, pending the resolution of defendant's dispositive motions in <u>Banarji</u>.  (Oct. 30, 2015 Order (Docket No. 19).)

On April 11, 2016, this matter came on for a further scheduling conference to discuss the progress of the <u>Banarji</u> action.  (Docket No. 27.)  Brian Kemnitzer appeared as counsel for plaintiffs and Steven Berardino appeared as counsel for defendant.  Counsel informed the court that class certification was denied in <u>Banarji</u> and that an interlocutory appeal and motion to dismiss the appeal were presently pending before the Ninth Circuit.  Counsel represented there is a high likelihood that the class claims in <u>Banarji</u> will be dismissed.  Both parties agreed that, notwithstanding <u>Banarji</u>, the present action should proceed in this district.

Accordingly, pursuant to the provisions of Federal Rule of Civil Procedure 16, IT IS HEREBY ORDERED that:

(1) the stay ordered in the court's Order of October 30, 2015 (Docket No. 19) is hereby LIFTED;

(2) a Status (Pretrial Scheduling) Conference is set for July 18, 2016 at 1:30 p.m. in Courtroom 5.  The parties shall meet and confer prior to that date; and

(3) the parties shall file an updated Joint Status Report containing the information set forth in this court's initial Order of July 6, 2015 (Docket No 4) on or before July 5, 2016.

IT IS SO ORDERED.

Dated: April 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE