UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VERINA FREEMAN and VALECEA DIGGS, individually and on behalf of all similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>WILSHIRE COMMERCIAL CAPITAL L.L.C., a California limited liability company, dba WILSHIRE CONSUMER CREDIT,<br><br>        Defendant. | Civ. No. 2:15-1428 WBS AC<br><br>ORDER |

----oo0oo----

This matter came on for a Status (Pretrial Scheduling) Conference on August 15, 2016.  Bryan Kemnitzer appeared as counsel for plaintiffs.  Albert DiRocco, Jr. appeared as counsel for defendant.  After conferring with the parties, the court makes the following orders:

       (1)  The Status (Pretrial Scheduling) Conference herein is RESET for September 26, 2016 at 1:30 PM in Courtroom 5; and

       (2) the parties shall meet and confer and submit a

1

Joint Status Report in accordance with Local Rule 240 by no later than September 12, 2016.  The Joint Status Report shall include an agreement by the parties as to when the court should allow specific discovery in this matter to proceed.

        IT IS SO ORDERED.

Dated: August 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE