UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VERINA FREEMAN and VALECEA DIGGS, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

WILSHIRE COMMERCIAL CAPITAL LLC d/b/a "Wilshire Consumer Credit," a California limited liability company,

        Defendant.

CIV. NO. 2:15-1428 WBS AC

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for September 26, 2016, and makes the following findings and orders without needing to consult with the parties any further.

1

1    I.   SERVICE OF PROCESS

2         The named defendant has been served, and no further

3    service is permitted without leave of court, good cause having

4    been shown under Federal Rule of Civil Procedure 16(b).

5    II.   JOINDER OF PARTIES/AMENDMENTS

6         Plaintiff may file an amended complaint by October 11,

7    2016.  After that date, no further joinder of parties or

8    amendments to pleadings will be permitted except with leave of

9    court, good cause having been shown under Federal Rule of Civil

10   Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975

11   F.2d 604 (9th Cir. 1992).

12   III. JURISDICTION/VENUE

13        Jurisdiction is predicated upon federal question

14   jurisdiction, 28 U.S.C. § 1331, because plaintiffs' claim arises

15   under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

16   Venue is undisputed and hereby found to be proper.

17   IV.   DISCOVERY

18        The parties shall serve the initial disclosures

19   required by Federal Rule of Civil Procedure 26(a)(1) by no later

20   than November 7, 2016.

21        The parties shall disclose experts and produce reports

22   in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

23   later than January 3, 2017.  With regard to expert testimony

24   intended solely for rebuttal, those experts shall be disclosed

25   and reports produced in accordance with Federal Rule of Civil

26   Procedure 26(a)(2) on or before February 3, 2017.

27        Discovery concerning plaintiffs' Article III standing

28   in this case shall be so conducted as to be completed by November

30, 2016.  Discovery concerning the alleged capacity of
defendant's Automatic Telephone Dialing System to make autodialed
calls to plaintiffs and proposed class members shall be so
conducted as to be completed by February 6, 2017.

All other discovery, including depositions for
preservation of testimony, is left open, save and except that it
shall be so conducted as to be completed by September 11, 2017.
The word "completed" means that all discovery shall have been
conducted so that all depositions have been taken and any
disputes relevant to discovery shall have been resolved by
appropriate order if necessary and, where discovery has been
ordered, the order has been obeyed.  All motions to compel
discovery must be noticed on the magistrate judge's calendar in
accordance with the local rules of this court and so that such
motions may be heard (and any resulting orders obeyed) not later
than September 11, 2017.

V.   <u>MOTION HEARING SCHEDULE</u>

Any hearing for a motion regarding plaintiffs' Article
III standing in this case shall take place on February 6, 2017 at
1:30 p.m.  Any motion regarding plaintiffs' Article III standing
in this case shall be filed by January 9, 2017.  Any opposition
to such motion shall be filed by January 23, 2017.  Any reply to
such opposition shall be filed by January 30, 2017.

Any hearing for a motion regarding the alleged capacity
of defendant's Automatic Telephone Dialing System to make
autodialed calls to plaintiffs and proposed class members shall
take place on April 3, 2017 at 1:30 p.m.  Any motion regarding
the alleged capacity of defendant's Automatic Telephone Dialing

1  System to make autodialed calls to plaintiffs and proposed class

2  members shall be filed by March 6, 2017.  Any opposition to such

3  motion shall be filed by March 20, 2017.  Any reply to such

4  opposition shall be filed by March 27, 2017.

5       Any hearing for a motion for class certification shall

6  take place on July 10, 2017 at 1:30 p.m.  Any motion for class

7  certification shall be filed by June 12, 2017.  Any opposition to

8  such motion shall be filed by June 26, 2017.  Any reply to such

9  opposition shall be filed by July 3, 2017.

10      All other motions, except motions for continuances,

11  temporary restraining orders, or other emergency applications,

12  shall be filed on or before November 13, 2017.  All motions shall

13  be noticed for the next available hearing date.  Counsel are

14  cautioned to refer to the local rules regarding the requirements

15  for noticing and opposing such motions on the court's regularly

16  scheduled law and motion calendar.

17           VI.  <u>FINAL PRETRIAL CONFERENCE</u>

18      The Final Pretrial Conference is set for January 29,

19  2018, at 1:30 p.m. in Courtroom No. 5.  The conference shall be

20  attended by at least one of the attorneys who will conduct the

21  trial for each of the parties and by any unrepresented parties.

22      Counsel for all parties are to be fully prepared for

23  trial at the time of the Pretrial Conference, with no matters

24  remaining to be accomplished except production of witnesses for

25  oral testimony.  Counsel shall file separate pretrial statements,

26  and are referred to Local Rules 281 and 282 relating to the

27  contents of and time for filing those statements.  In addition to

28  those subjects listed in Local Rule 281(b), the parties are to

1   provide the court with: (1) a plain, concise statement which

2   identifies every non-discovery motion which has been made to the

3   court, and its resolution; (2) a list of the remaining claims as

4   against each defendant; and (3) the estimated number of trial

5   days.

6          In providing the plain, concise statements of

7   undisputed facts and disputed factual issues contemplated by

8   Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

9   that remain at issue, and any remaining affirmatively pled

10  defenses thereto.  If the case is to be tried to a jury, the

11  parties shall also prepare a succinct statement of the case,

12  which is appropriate for the court to read to the jury.

13         VII.  <u>TRIAL SETTING</u>

14         The jury trial is set for March 27, 2018 at 9:00 a.m.

15  The parties estimate that a jury trial will last seven to ten

16  days.

17         VIII.  <u>SETTLEMENT CONFERENCE</u>

18         A Settlement Conference will be set at the time of the

19  Pretrial Conference.  All parties should be prepared to advise

20  the court whether they will stipulate to the trial judge acting

21  as settlement judge and waive disqualification by virtue thereof.

22         Counsel are instructed to have a principal with full

23  settlement authority present at the Settlement Conference or to

24  be fully authorized to settle the matter on any terms.  At least

25  seven calendar days before the Settlement Conference counsel for

26  each party shall submit a confidential Settlement Conference

27  Statement for review by the settlement judge.  If the settlement

28  judge is not the trial judge, the Settlement Conference

1  Statements shall not be filed and will not otherwise be disclosed

2  to the trial judge.

3          IX.   MODIFICATIONS TO SCHEDULING ORDER

4          Any requests to modify the dates or terms of this

5  Scheduling Order, except requests to change the date of the

6  trial, may be heard and decided by the assigned Magistrate Judge.

7  All requests to change the trial date shall be heard and decided

8  only by the undersigned judge.

9  Dated:   September 22, 2016

10

WILLIAM B. SHUBB
11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6