MOLINO & BERARDINO, A Professional Law Corporation
Anthony A. Molino, Esq. [SBN 156661] molino@molinolawfirm.com
Steven R. Berardino, Esq. [SBN 075820] sberardino@molinolawfirm.com
Michelle Cooper, Esq. [SBN 093668] mcooper@molinolawfirm.com
Benjamin J. Carter, Esq. [SBN 287462] bcarter@molinolawfirm.com
4751 Wilshire Boulevard, Suite 207
Los Angeles, California 90010-3838
Telephone (323) 692-4010 Facsimile (323) 692-4015

Attorneys for Defendant, WILSHIRE COMMERCIAL CAPITAL, LLC

[Additional Counsel on Following Sheet.]

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN and VALECEA DIGGS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WILSHIRE COMMERCIAL CAPITAL, LLC a California limited liability company dba WILSHIRE CONSUMER CREDIT,<br><br>Defendant. | CASE NO.: 2:15-CV-01428-WBS-AC<br>[CLASS ACTION]<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER EXTENDING THE TIME SET FORTH IN THE PRETRIAL SCHEDULING ORDER OF SEPTEMBER 22, 2016 (DOCUMENT #38) FOR THE BRIEFING SCHEDULE ON MOTION ON ALLEGED CAPACITY OF DEFENDANT'S AUTOMATIC TELEPHONE DIALING SYSTEM, AND EXPERT DESIGNATION DATES, AND CLASS CERTIFICATION DISCOVERY AND BRIEFING DATES.**<br><br>Courtroom: 5<br>Assigned to: Judge William B. Shubb<br>Complaint filed: July 6, 2015 |

1

STIPULATION EXTENDING TIME AND HEARING DATES

KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER, Esq.      Bar No. 066401
ELLIOT CONN, Esq.          Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901

Scott D. Owens, Esq.
*admitted pro hac vice*
Scott D. Owens, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, FL 33019
Telephone:  (954) 589-0588
Facsimile:  (954) 337-0666

Attorneys for Plaintiffs, Verina Freeman, Valecea Diggs, and the potential class

This Stipulation and [Proposed] Order is submitted based upon the following facts:

Whereas, on September 26, 2016, Judge William B. Shubb issued the pre-trial scheduling order, where a dispositive motion calendar was set and tiered on discovery and discreet issues relating to standing. In said order the expert disclosures and expert reports were to be submitted by January 3, 2017, with rebuttal experts disclosed on or before February 3, 2017. A hearing for a motion regarding the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to plaintiffs and proposed class members shall take place on April 3, 2017 at 1:30 p.m., Any motion regarding the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to plaintiffs and proposed class members shall be filed by March 6, 2017. Any opposition to such motion shall be filed by March 20, 2017. Any reply to such opposition shall be filed by March 27, 2017.

Whereas, the parties have been unable to complete discovery regarding scheduling depositions necessary to address the capacity issue of Defendant's ATDS. The parties have agreed that additional depositions will take place on February 23, 2017 and February 24, 2017. Plaintiff is in the process of preparing a request for additional documents and additional deponents that have been identified by Wilshire.

Whereas, on January 3, 2017 while Defendant served an expert designation and an appropriate report, the Plaintiffs did identify their expert witness but did not

produce the Federal Rule of Civil Procedure 26(a)(2) report. In the interests of maintaining a high standard of professional civility, and in an effort to resolve this impasse, on January 17, 2017, the parties met and conferred on the most efficient course of action. As the expert report on the capacity of the auto dialer not only speaks to standing but also relates to an essential element of the plaintiffs' TCPA claim, the parties have stipulated to extend the deadlines and hearing dates and request that the Court modify its scheduling order as follows related to the capacity issue (and not affecting the briefing schedule on Article III standing):

1. Discovery concerning the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to plaintiffs shall be continued from February 6, 2017 to May 22, 2017.

2. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than April 21, 2017 (continued from January 3, 2017).

3. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before May 22, 2017 (continued from February 3, 2017).

4. A hearing for a motion regarding the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to plaintiffs and proposed class members shall take place on July 3, 2017 (Continued

from April 3, 2017) at 1:30 p.m. Any motion regarding the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to plaintiffs shall be filed by June 5, 2017 (continued from March 6, 2017). Any opposition to such motion shall be filed by June 19, 2017 (continued from March 20, 2017). Any reply to such opposition shall be filed by June 26, 2017 (continued from March 27, 2017).

5. Discovery concerning the merits of the purported class shall commence on July 6, 2017.

6. Any hearing for a motion for class certification shall take place on September 7, 2017 (Continued from July 10, 2017) at 1:30 p.m. Any motion for class certification shall be filed by August 1, 2017 (continued from June 12, 2017). Any opposition to such motion shall be filed by August16, 2017 (continued from June 26, 2017). Any reply to such opposition shall be filed by August 30, 2017 (continued from July 3, 2017.)

7. All other dates remain on calendar.

/////

/////

/////

/////

So Stipulated.

5
STIPULATION EXTENDING TIME AND HEARING DATES

| | | |
|---|---|---|
| 1 | Dated: February 3, 2017 | MOLINO & BERARDINO, APLC |
| 2 | | |
| 3 | | _____s/Benjamin John Carter_____ |
| 4 | | Benjamin John Carter, Esq.<br>Attorney for Defendant, |
| 5 | | Wilshire Commercial Capital, LLC |
| 6 | | E-Mail: bcarter@molinolawfirm.com |
| 7 | | |
| 8 | | |
| 9 | Dated: February 3, 2017 | KEMNITZER BARRON & KRIEG, PC |
| 10 | | |
| 11 | | _____s/Elliot Conn_____ |
| 12 | | Elliot Conn, Esq.<br>Bryan Kemnitzer, Esq. |
| 13 | | Attorney for Plaintiffs, |
| 14 | | Verina Freeman and Valecea Diggs<br>E-Mail: elliot@kbklegal.com |

6

STIPULATION EXTENDING TIME AND HEARING DATES

Good cause carrying and based upon the stipulation of the parties the Court's September 22, 2016 scheduling order is modified as follows:

1. Discovery concerning the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to plaintiffs shall be continued from February 6, 2017 to **May 22, 2017**.

2. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **April 24, 2017** (continued from January 3, 2017).

3. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **May 22, 2017** (continued from February 3, 2017).

4. A hearing for a motion regarding the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to plaintiffs and proposed class members shall take place on **July 10, 2017** (Continued from April 3, 2017) at 1:30 p.m. Any motion regarding the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to plaintiffs shall be filed by **June 5, 2017** (continued from March 6, 2017). Any opposition to such motion shall be filed by **June 19, 2017** (continued from March 20, 2017). Any reply to such opposition shall be filed by **June 26, 2017** (continued from March 27, 2017).

5. Discovery concerning the merits of the purported class shall commence on

July 6, 2017.

6. Any hearing for a motion for class certification shall take place on **September 18, 2017** (Continued from July 10, 2017) at 1:30 p.m. Any motion for class certification shall be filed by **August 7, 2017** (continued from June 12, 2017). Any opposition to such motion shall be filed by **August 21, 2017** (continued from June 26, 2017). Any reply to such opposition shall be filed by **August 28, 2017** (continued from July 3, 2017.)

7. All other dates remain on calendar.

SO ORDERED.

Dated: February 9, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE