| | |
|---|---|
| 1 | MOLINO & BERARDINO, A Professional Law Corporation |
| 2 | Anthony A. Molino, Esq. [SBN 156661] molino@molinolawfirm.com |
| 2 | Steven R. Berardino, Esq. [SBN 075820] sberardino@molinolawfirm.com |
| 3 | Michelle Cooper, Esq. [SBN 093668] mcooper@molinolawfirm.com |
| 4 | Benjamin J. Carter, Esq. [SBN 287462] bcarter@molinolawfirm.com |
| | 4751 Wilshire Boulevard, Suite 207 |
| 5 | Los Angeles, California 90010-3838 |
| 6 | Telephone (323) 692-4010 Facsimile (323) 692-4015 |
| 7 | Attorneys for Defendant, WILSHIRE COMMERCIAL CAPITAL, LLC |
| 8 | |
| 9 | [Additional Counsel on Following Sheet.] |

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN and VALECEA DIGGS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> WILSHIRE COMMERCIAL CAPITAL, LLC a California limited liability company dba WILSHIRE CONSUMER CREDIT, <br><br> Defendant. | CASE NO.: 2:15-CV-01428-WBS-AC <br> [CLASS ACTION] <br><br> **STIPULATION AND (PROPOSED) ORDER EXTENDING THE TIME SET FORTH IN THE PRETRIAL SCHEDULING ORDER OF SEPTEMBER 22, 2016 (DOCUMENT #38), AS AMENDED BY FEBRUARY 9, 2017 ORDER (DOCUMENT #54), AS AMENDED BY APRIL 24, 2017 ORDER (DOCUMENT #62), FOR THE BRIEFING SCHEDULE ON MOTION ON ALLEGED CAPACITY OF DEFENDANT'S AUTOMATIC TELEPHONE DIALING SYSTEM, AND EXPERT DESIGNATION DATES, AND CLASS CERTIFICATION DISCOVERY AND BRIEFING DATES.** <br> Courtroom: 5 <br> Assigned to: Judge William B. Shubb <br> Complaint filed: July 6, 2015 |

1
STIPULATION EXTENDING TIME AND HEARING DATES

1  KEMNITZER, BARRON, & KRIEG, LLP
   BRYAN KEMNITZER, Esq.    Bar No. 066401
2  ELLIOT CONN, Esq.        Bar No. 279920
3  445 Bush St., 6th Floor
   San Francisco, CA 94108
4  Telephone: (415) 632-1900
5  Facsimile: (415) 632-1901

6  Scott D. Owens, Esq.
7  *admitted pro hac vice*
   Scott D. Owens, P.A.
8  3800 S. Ocean Drive, Suite 235
9  Hollywood, FL 33019
   Telephone: (954) 589-0588
10 Facsimile: (954) 337-0666
11
12 Attorneys for Plaintiffs, Verina Freeman, Valecea Diggs, and the potential class.

**COMES NOW THE PARTIES TO THE ABOVE-REFERENCED ACTION AND RECITE AND STIPULATE AS FOLLOWS:**

## I. INTRODUCTION

By way of this stipulation, the Parties jointly request an extension of time to complete discovery regarding the alleged capacity of Defendant's Automated Telephone Dialing System ("ATDS") and to disclose expert reports regarding the alleged ATDS. Plaintiffs have disclosed their expert, but additional discovery is needed, including receiving responses to already issued third-party subpoenas to phone companies, in order to be able to provide complete expert reports. The Parties stipulate to the following schedule and request an order from the Court setting the following:

- August 21, 2017: Deadline for the Parties to disclose experts and produce expert reports;
- September 18, 2017: Discovery cut-off for discovery concerning the capacity of Defendant's alleged ATDS;
- September 21, 2017: Deadline for the Parties to disclose rebuttal experts and produce rebuttal expert reports;
- October 6, 2017: Deadline to file any motion regarding the capacity of Defendant's alleged Automatic Telephone Dialing System;
- October 20, 2017: Deadline to file any opposition to the motion on capacity;

- October 27, 2017: Deadline to file reply to motion on capacity;
- November 13, 2017: Hearing date for any motion regarding the capacity of Defendant's alleged Automatic Telephone Dialing System;
- November 13, 2017: Following the hearing on the motion regarding the capacity of Defendant's alleged Automatic Telephone Dialing System, the Court will conduct a case management conference to set further dates on calendar.
- All other dates remain on calendar.

## II. STATUS OF DISCOVERY

The Court's April 24, 2017 Amended Scheduling Order (Dkt. 62) required the Parties to make any motion regarding the alleged auto dialer capacity of Defendant's Telephone Dialing System to make autodialed calls to Plaintiffs to be filed by July 24, 2017 with a hearing date of August 28, 2017.

The Parties have cooperated with discovery in anticipation of this motion. Defendant has taken the depositions of both Plaintiffs and Plaintiffs have conducted five separate depositions of various Wilshire employees, and designated persons who are most knowledgeable. Defendant has also produced 8,175 pages of documents. In addition, Plaintiffs have issued third-party subpoenas to obtain documents from Windstream Communications fka PAETEC, Defendants telephone service provider, in order to confirm the phone records produced. Plaintiffs await the response to

Windstream due on July 5, 2017. The results of the Windstream subpoenas are required prior to taking further Wilshire depositions and producing expert reports. Once these Wilshire depositions, currently noticed for July 20, 2017, are complete, Plaintiffs will be able to provide an expert report and then Defendant will be able to designate a rebuttal expert, and the parties will be able to brief the issue of capacity.

### III.  PRIOR EXTENSIONS

Given the technical complexity of the issues in this case, this is the Parties' third request for an extension for discovery and briefing regarding Defendant's alleged ATDS used to call the named Plaintiffs. The Court granting the first extension on February 9, 2017 (Dkt. 54) and the second extension on April 24, 2017 (Dkt. 62).

**NOW THEREFORE THE PARTIES STIPULATE:**

The Parties have stipulated to an extension of the deadlines and hearing dates and request that the Court modify its scheduling order as follows:

1. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than August 21, 2017.

2. Discovery concerning the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to Plaintiffs shall be continued to September 18, 2017.

3. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of

Civil Procedure 26(a)(2) on or before September 21, 2017.

4. A hearing for motion regarding the alleged capacity of Defendant's Automatic Telephone Dialing System to make autodialed calls to Plaintiffs shall take place on November 13, 2017 at 1:30 p.m. Any motion regarding the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to Plaintiffs shall be filed by October 6, 2017, Opposition thereto shall be filed by October 20, 2017, and Reply to such Opposition shall be filed by October 27, 2017.

5. On November 13, 2017, following the hearing on the motion regarding the capacity of Defendant's alleged Automatic Telephone Dialing System, the Court will conduct a case management conference to set further dates on calendar.

6. All other dates shall remain on calendar.

So Stipulated.

////

////

////

////

////

////

////

Dated: June 26, 2017                MOLINO & BERARDINO, APLC

                                    s/Benjamin J. Carter
                                    Steven R. Berardino, Esq.
                                    Benjamin J. Carter, Esq.
                                    Attorneys for Defendant,
                                    Wilshire Commercial Capital
                                    E-Mails: sberardino@molinolawfirm.com
                                             bcarter@molinolawfirm.com


Dated: June 26, 2017                KEMNITZER BARRON & KRIEG, PC

                                    s/Bryan Kimnitzer
                                    Bryan Kemnitzer, Esq.
                                    Elliot J. Conn, Esq.
                                    Attorney for Plaintiffs,
                                    Verina Freeman and Valecea Diggs
                                    E-Mail: bryan@kbklegal.com
                                            elliot@kbklegal.com

Good cause carrying and based upon the stipulation of the parties the Court's September 22, 2016 scheduling order, amended by the February 9, 2017 order, further amended by the April 24, 2017 order, is modified as follows:

1. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **August 21, 2017**.

2. Discovery concerning the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to Plaintiffs shall be continued to **September 18, 2017**.

3. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **September 21, 2017**.

4. A hearing for motion regarding the alleged capacity of Defendant's Automatic Telephone Dialing System to make autodialed calls to Plaintiffs shall take place on **November 13, 2017** at 1:30 p.m. Any motion regarding the alleged capacity of defendant's Automatic Telephone Dialing System to make autodialed calls to Plaintiffs shall be filed by **October 6, 2017**, Opposition thereto shall be filed by **October 20, 2017**, and Reply to such Opposition shall be filed by **October 30, 2017**.

5. Following the hearing on the motion regarding the capacity of Defendant's alleged Automatic Telephone Dialing System on **November 13, 2017**, the Court will conduct a case management conference to set further dates on

calendar.

7. All other dates shall remain on calendar.

SO ORDERED.

Dated: June 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME AND HEARING DATES

| | |
|---|---|
| 1 | **PROOF OF SERVICE (F.R.C.P. 5 (b) (2) (C))** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

I, Beverly Langworthy, am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action, my business address is 4751 Wilshire Boulevard, Suite 207, Los Angeles, California 90010.

On June 27, 2017 I served **STIPULATION AND (PROPOSED) ORDER EXTENDING THE TIME SET FORTH IN THE PRETRIAL SCHEDULING ORDER OF SEPTEMBER 22, 2016 (DOCUMENT #38), AS AMENDED BY FEBRUARY 9, 2017 ORDER (DOCUMENT #54), AS AMENDED BY APRIL 24, 2017 ORDER (DOCUMENT #62), FOR THE BRIEFING SCHEDULE ON MOTION ON ALLEGED CAPACITY OF DEFENDANT'S AUTOMATIC TELEPHONE DIALING SYSTEM, AND EXPERT DESIGNATION DATES, AND CLASS CERTIFICATION DISCOVERY AND BRIEFING DATES** on interested parties:

X By CM/ECF Notice of Electronic Filing. Said document was filed with the Court using the CM/ECF system. Notice of this filing will be sent to all parties registered to receive service by operation of the Court's electronic filing system.

**[SEE ATTACHED SERVICE LIST]**

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America. Executed this 27th day of June 2017 Los Angeles, California.

_____
Beverly Langworthy

10
STIPULATION EXTENDING TIME AND HEARING DATES

## **SERVICE LIST**

<u>Freeman v. Wilshire Commercial Capital</u>
Case No.: 2:15-cv-01428-WBS-AC

Bryan Kemnitzer
Elliot Conn
Kemnitzer, Barron & Krieg, LLP
445 Bush St., 6th Floor
San Francisco, CA 94108
bryan@kbklegal.com
elliot@kbklegal.com

Scott D. Owens, Esq.
Scott D. Owens, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, FL 33019
scott@scottdowens.com