KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER      Bar No. 066401
ELLIOT CONN          Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901

Scott D. Owens
*admitted pro hac vice*
Patrick Crotty
*admitted pro hac vice*
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL  33019
Telephone:  (954) 589-0588
Facsimile:  (954) 337-0666

Attorneys for Plaintiffs Verina Freeman, Valecea Diggs, and the potential class

MOLINO & BERARDINO, A Professional Law Corporation
Anthony A. Molino, Esq. [SBN 156661]
Steven R. Berardino, Esq. [SBN 075820]
Michelle Cooper, Esq. [SBN 093668]
Benjamin J. Carter, Esq. [SBN 287462]
4751 Wilshire Blvd., Ste. 207
Los Angeles, CA  90010-3838
Telephone:  (323) 692-4010
Facsimile:  (323) 692-4015

Attorneys for Defendant WILSHIRE COMMERCIAL CAPITAL, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINA FREEMAN and VALECEA DIGGS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>WILSHIRE COMMERCIAL CAPITAL L.L.C., a California limited liability company, dba WILSHIRE CONSUMER CREDIT,<br><br>Defendant. | Case No. 2:15-cv-01428-WBS-AC<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER CONTINUING STAY**<br><br>**Date:  August 6, 2018**<br>**Time:  1:30 p.m.**<br>**Courtroom 5 – 14th Floor**<br>**Hon. William B. Shubb** |

## I. CASE STATUS

On March 6, 2018, the Court denied Wilshire's Motion for Summary Judgment, but simultaneously ordered the case stayed pending the U.S. Supreme Court's review of *Resh v. China Agritech, Inc*. (9th Cir. 2017) 857 F.3d 994.

The U.S. Supreme Court issued its unanimous opinion in *Resh*, limiting the interpretation of *American Pipe & Construction Co. v. Utah,* 414 U.S. 538 (1974). As this Court pointed out:

> If the Court reverses *Resh* and determines that the statute of limitations is tolled only for individual claims, then plaintiffs would be unable to bring this case as a class action, though they would still be able to proceed with their individual claims.

In light of the U.S. Supreme Court's ruling in *Resh* and the Court's Order Re: Motion to Stay, the parties are exploring the possibility of settling the above matter on an individual basis on behalf of Verina Freeman and Valecea Diggs. Defendant reserves the right to bring a dispositive motion if settlement discussions are not successful.

The parties therefore STIPULATE as follows:

1. The August 6, 2018 Status Conference re Stay shall be continued to November 13, 2018 at 1:30 p.m. to allow for the parties to conduct further settlement negotiations.
2. The parties shall file a Joint Status Statement not later than ten (10) Court days prior to the continued Status Conference.

IT IS SO STIPULATED

    KEMNITZER, BARRON, & KRIEG, LLP

By: /s/ *Bryan Kemnitzer*
BRYAN KEMNITZER
ELLIOT CONN
Attorneys for Plaintiffs VERINA FREEMAN and VALECEA DIGGS, and the Proposed Class

MOLINO & BERARDINO, APLC

By: /s/ *Benjamin John Carter*
STEVEN R. BERARDINO
BENJAMIN JOHN CARTER
Attorneys for Defendant WILSHIRE COMMERCIAL CAPITAL, LLC

**ATTESTATION OF SIGNATURE**

I, Bryan Kemnitzer, am the ECF User whose ID and Password were used to electronically file this Statement. I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

/s/ *Bryan Kemnitzer*
BRYAN KEMNITZER

**ORDER**

Good cause appearing, and based upon the stipulation of the parties above, the Court Orders as follows:

1. The August 6, 2018 Status Conference re Stay shall be continued to **November 5, 2018** at 1:30 p.m. to allow for the parties to conduct further settlement negotiations.
2. The parties shall file a Joint Status Statement not later than ten (10) Court days prior to the continued Status Conference.

SO ORDERED

Dated: July 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE