# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINA FREEMAN and VALECEA DIGGS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>WILSHIRE COMMERCIAL CAPITAL, LLC a California limited liability company dba WILSHIRE CONSUMER CREDIT,<br><br>　　　　　　Defendant | CASE NO.: 2:15-CV-01428-WBS-AC<br>[CLASS ACTION]<br><br>**ORDER RE: STIPULATION CONTINUING STAY**<br><br>Hearing:　Status Conference<br>Date:　　November 5, 2018<br>Time:　　1:30 p.m.<br>Courtroom 5<br><br>Complaint filed: July 6, 2015<br>Assigned to: Hon. William B. Shubb |

GOOD CAUSE APPEARING, and based upon the stipulation of the parties, the Court Orders as follows:

　**1.**　The November 5, 2018 Status Conference shall be continued until **December 17, 2018 at 1:30 p.m**. to allow the parties time to finalize the settlement of this matter.

　2.　The parties shall file a joint status conference statement no later than **December 3, 2018**.

SO ORDERED.

Dated: October 25, 2018

　　　　　　　　　　　　　　　　　　　_William B. Shubb_
　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE