KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER      Bar No. 066401
ELLIOT CONN            Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901

Scott D. Owens
*admitted pro hac vice*
Patrick Crotty
*admitted pro hac vice*
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL  33019
Telephone:  (954) 589-0588
Facsimile:  (954) 337-0666

Attorneys for Plaintiffs Verina Freeman, Valecea Diggs, and the potential class

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINA FREEMAN and VALECEA DIGGS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>WILSHIRE COMMERCIAL CAPITAL L.L.C., a California limited liability company, dba WILSHIRE CONSUMER CREDIT,<br><br>Defendant. | **Case No. 2:15-cv-01428-WBS-AC**<br><br>CLASS ACTION<br><br>**ORDER CONTINUING STAY**<br><br>**Date:  December 17, 2018**<br>**Time:  1:30 p.m.**<br>**Courtroom 5 – 14th Floor**<br>**Hon. William B. Shubb** |

Good cause appearing, and based upon the Joint Status Report filed by the parties on

December 3, 2018 (ECF No. 112), the Court Orders as follows:

1.      The December 17, 2018 Status Conference re Stay shall be continued to **January 28,**

**2019 at 1:30 p.m.**  to allow for the parties to complete the terms of settlement, and file a

dismissal of the action.

2.      If the dismissal is not yet filed, the parties shall file a Joint Status Statement not later than **January 14, 2019**.

SO ORDERED.

Dated:  December 5, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE