1  KEMNITZER, BARRON, & KRIEG, LLP
   BRYAN KEMNITZER        Bar No. 066401
2  ELLIOT CONN            Bar No. 279920
   445 Bush St., 6th Floor
3  San Francisco, CA  94108
   Telephone:  (415) 632-1900
4  Facsimile:  (415) 632-1901

5  Scott D. Owens
   *admitted pro hac vice*
6  Patrick Crotty
   *admitted pro hac vice*
7  Scott D. Owens, P.A.
   3800 S. Ocean Dr., Ste. 235
8  Hollywood, FL  33019
   Telephone:  (954) 589-0588
9  Facsimile:  (954) 337-0666

10 Attorneys for Plaintiffs Verina Freeman, Valeca Diggs, and the potential class

11 MOLINO & BERARDINO, A Professional Law Corporation
   Anthony A. Molino, Esq. [SBN 156661]
12 Steven R. Berardino, Esq. [SBN 075820]
   Michelle Cooper, Esq. [SBN 093668]
13 Benjamin J. Carter, Esq. [SBN 287462]
   4751 Wilshire Blvd., Ste. 207
14 Los Angeles, CA  90010-3838
   Telephone:  (323) 692-4010
15 Facsimile:  (323) 692-4015

16 Attorneys for Defendant WILSHIRE COMMERCIAL CAPITAL, LLC

17

18                    UNITED STATES DISTRICT COURT

19              FOR THE EASTERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  VERINA FREEMAN and VALECEA DIGGS, individually and on behalf of all 22  others similarly situated, | **Case No. 2:15-cv-01428-WBS-AC** |
| 23                    Plaintiffs | CLASS ACTION |
| 24         v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 25  WILSHIRE COMMERCIAL CAPITAL L.L.C., a California limited liability company, 26  dba WILSHIRE CONSUMER CREDIT, | |
| 27                    Defendant. | |

28

The parties, by and through their respective counsel of record, hereby stipulate and request an Order that the above-entitled action be dismissed, in its entirety, with prejudice pursuant to the settlement amongst all parties.

KEMNITZER, BARRON, & KRIEG, LLP


By:     /s/ *Bryan Kemnitzer*
        BRYAN KEMNITZER
        ELLIOT CONN
        Attorneys for Plaintiffs VERINA FREEMAN and
        VALECEA DIGGS, and the Proposed Class

        MOLINO & BERARDINO, APLC


By:     /s/ *Benjamin John Carter*
        STEVEN R. BERARDINO
        BENJAMIN JOHN CARTER
        Attorneys for Defendant WILSHIRE
        COMMERCIAL CAPITAL, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **ATTESTATION OF SIGNATURE**

I, Bryan Kemnitzer, am the ECF User whose ID and Password were used to electronically file this Statement.  I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

/s/ *Bryan Kemnitzer*
BRYAN KEMNITZER

3