KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER       Bar No. 066401
ELLIOT CONN           Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901

Scott D. Owens
*admitted pro hac vice*
Patrick Crotty
*admitted pro hac vice*
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Attorneys for Plaintiffs Verina Freeman, Valecea Diggs, and the potential class

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINA FREEMAN and VALECEA DIGGS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>WILSHIRE COMMERCIAL CAPITAL L.L.C., a California limited liability company, dba WILSHIRE CONSUMER CREDIT,<br><br>Defendant. | **Case No. 2:15-cv-01428-WBS-AC**<br><br>CLASS ACTION<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of counsel, and for good cause shown, IT IS ORDERED that the above-entitled action is DISMISSED, with prejudice.

Dated: January 14, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE